**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TARON AGAZARYAN,

Defendant.

No. 2:21-cr-00542-JAK

**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR RETURN OF PROPERTY (DKT. 109)**

The Government shall file and serve on Defendant any opposition, or notice of non-opposition, to Defendant's Motion for Return of Property ("Motion" (Dkt. 109)), by July 28, 2026. If the Government files an opposition, Defendant may file a reply no later than August 11, 2026. If the Motion is opposed, upon the completion of the briefing, it will be taken under submission, and a ruling will be issued. If it is unopposed, a corresponding order will be issued.

**IT IS SO ORDERED.**

Dated: July 15, 2026

John A. Kronstadt
United States District Judge